UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEONTAY DESHUN HARDY, Petitioner | CIVIL DOCKET NO. 1:19-CV-0885-P |
| VERSUS | JUDGE DRELL |
| 10TH JUDICIAL DISTRICT COURT, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED for lack of subject matter jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 26th day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE